# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, TRUSTEES OF THE FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, CONTRACT ADMINISTRATION FUND, SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND, and OPERATING ENGINEERS WORKERS' COMPENSATION TRUST,<br><br>      Plaintiffs,<br><br>  vs.<br><br>MIKE BUBALO CONSTRUCTION CO., INC., a California corporation,<br><br>      Defendant. | CASE NO.: 2:19-cv-06541 ODW (KSx)<br><br>Assigned to the Honorable Otis D. Wright<br><br>**JUDGMENT** |

This action having been commenced on July 29, 2019, and the Court having approved the stipulation for entry of judgment in favor of Plaintiffs and against Defendant (ECF No. 15), and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Trustees of the Fund for Construction Industry Advancement, Engineers Contract Compliance Committee Fund, Contract Administration Fund, Southern California Partnership for Jobs Fund and Operating Engineers Workers' Compensation Trust, shall recover from Defendant, Mike Bubalo Construction Co., Inc., a California corporation, the principal amount of $50,036.12, plus pre-judgment and post-judgment interest thereon at the rate of 8% per annum from October 15, 2019, until paid in full.

The Court vacates all dates and hearings including the Scheduling Conference scheduled for December 2, 2019.

Dated: November 8, 2019

_____
HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT COURT JUDGE